KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**KEMP L. STRICKLAND**, OSB # 96118
Special Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1056
Facsimile: (503) 727-1117
kemp.strickland@usdoj.gov
    Of Attorneys for United States of America

FILED'06 MAR 08 08:51USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CR '06 - 93 KI

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. CR 06- |
| v. | ) | |
| | ) | **INFORMATION** |
| | ) | 29 U.S.C. § 501(c) |
| DEANN SCHNEPPLE | ) | |
| | ) | |
| Defendant, | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Embezzlement of Labor Union Assets**

Beginning or about January 1, 2003 and continuing until on or about July 1, 2004, in the District of Oregon, DEANN SCHNEPPLE, the defendant herein, while employed directly and indirectly by the Oregon Southern Idaho & Wyoming District Council (OIWDC), a labor organization engaged in an industry affecting interstate commerce, did knowingly embezzle, steal, and convert to her own use the moneys, funds, property of OIWDC in the amount of $44,758. All in violation of Title 29, United States Code, Section 501(c).

Dated this 6th day of March 2006.

          KARIN J. IMMERGUT, OSB #96314
          United States Attorney
          District of Oregon

          */s/ Kemp L. Strickland*
          KEMP L. STRICKLAND, OSB #96118
          Special Assistant United States Attorney